UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within fourteen days after entry of judgment, even if a petition for rehearing or other post-judgment motion is filed. A late bill of costs must be accompanied by a motion for leave to extend filing time. The docketing fee (if the appellant prevails) and the cost of reproducing formal briefs and appendices are the only costs taxable in the court of appeals. Other costs must be settled at the district court level, including the cost of the transcript, the fee for filing the notice of appeal, and the premiums for any required appeal bond. Any objections to costs must be filed within 14 days (plus three days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

## BILL OF COSTS FORM

THE CLERK IS REQUESTED TO TAX COSTS IN FAVOR OF THE PREVAILING PARTY PURSUANT TO FRAP 39 AND LOCAL RULE 39(a) AND (b) AS FOLLOWS:

| | | |
|---|---|---|
| A. Case Number & Caption | 10-1999 Mawing, et al v PNGI | |
| B. Prevailing Party Claiming Costs | Appellee | |
| C. Docketing Fee Claimed ($450 for appeals filed on or after April 9, 2006) | | |
| D. Actual Printing Charges Incurred by Counsel (attach bills) | $471.50 | |
| E. Local Rule 39(a) Cap on Taxable Printing Costs ($4.00 per original page of formal briefs & appendices, based on page count in docket entry) | Total original brief/appendix pages: [      ]   x $4.00 / pg<br>Total of Local Rule 39(a) Printing Cap [      ] | |
| F. Lesser of Boxes D and E | | |
| Total Costs Claimed (total of boxes C & F) | $471.50 | |

1. Counsel must attach itemized bills if copying was done by a commercial printer. If copying was done in-house, counsel must attach a statement showing the total pages copied and the amount charged per page.

2. If costs are sought for or against the United States, or its agency or officer, counsel must cite statutory authority for the award of costs here: [                                                                                      ].

3. Counsel must certify the accuracy of the bill of costs by signing below: I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Signature: s/David M. Hammer          Date: 5/16/2011

### Certificate of Service

I certify that on this date I served this document as follows:

via CM/ECF

Signature: s/David M. Hammer          Date: 5/16/2011

# Invoice

**The Lex Group VA**
P.O. Box 1111
Richmond, VA 23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO |
|---|---|
| 1/17/2011 | 17758 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| David M. Hammer<br>HAMMER, FERRETTI & SCHIAVONI<br>408 West King Street<br>Martinsburg, WV 25401 | 10-1999<br>Tina Mawing, et al.<br>v.<br>PNGI Charles Town Gaming, LLC |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/1 | AA | 1/14/2011 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Consultation/Base Fee/4th Circuit | | 150.00 | 150.00 |
| Brief of Appellees per page fee/4th Circuit (10 copies of 49 pages = 490) | 490 | 0.35 | 171.50 |
| Paralegal Fee (Format Brief/Compose TOC & TOA) | 1 | 150.00 | 150.00 |

Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249

**Total** $471.50

We accept Visa, MasterCard and American Express.