IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PNGI CHARLES TOWN GAMING, LLC,<br>          Appellant-Defendant<br><br>v.<br><br>TINA MAWING and CHARLES TOWN HORSEMAN'S BENEVOLENT AND PROTECTIVE ASSOCIATION,<br><br>          Appellee-Plaintiffs | :<br>:<br>:<br>:  No. 10-1999<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### APPELLANT PNGI CHARLES TOWN GAMING, LLC'S OBJECTIONS TO APPELLEE'S BILL OF COST

Pursuant to Federal Rule of Appellate Procedure 39, Appellant PNGI Charles Town Gaming, LLC ("PNGI") objects to Appellees' Bill of Costs (the "Bill of Costs") submitted on May 16, 2011 (Docket #27). Under Rule 39, only the costs for producing necessary copies of the briefs and appendix are taxable. Appellees have improperly included $300 for consulting and paralegal fees which are not taxable costs under Rule 39 and PNGI objects to being taxed those costs. For the forgoing reasons, the Bill of Costs should be reduced to $171.50.

| | |
|---|---|
| | /s/Joseph E. Wolfson |
| *Of Counsel:* | Joseph E. Wolfson |
| Brian M. Peterson | Stacey A. Scrivani |
| Charles F. Printz, Jr. | Stevens & Lee, P.C. |
| Bowles Rice McDavid Graff & Love LLP | 620 Freedom Business Center |
| Post Office Drawer 1419 | Suite 200 |
| Martinsburg, West Virginia 25402-1419 | King of Prussia, Pennsylvania 19406 |
| (304) 263-0836 | (610) 205-6019 / (610) 478-2086 |
| bpeterson@bowlesrice.com | jwo@stevenslee.com |
| cprintz@bowlesrice.com | sasc@stevenslee.com |
| *Counsel for Appellant* | *Counsel for Appellant* |

SL1 1076109v1/005982.00037

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, the foregoing *Appellant PNGI Charles Town Gaming, LLC's Objections to Appellees' Bill of Cost* was filed electronically on the CM/ECF website for the United States Court of Appeals, Fourth Circuit, and is available for viewing by all electronic filers through the court's CM/ECF system. I also served a true and correct copy of on the following counsel of record by first class mail, postage prepaid, addressed as follows:

David M. Hammer, Esquire
HAMMER, FERRETTI & SCHIAVONI
408 West King Street
Martinsburg, WV 25401-0000

Harry P. Waddell, Esquire
LAW OFFICE OF HARRY P. WADDELL
300 West Martin Street
Martinsburg, WV 25401-0000

Gregory A. Bailey, Esquire
ARNOLD & BAILEY
P. O. Box 69
Shepherdstown, WV 25443-000

Charles Francis Printz, Jr., Esquire
Brian Michael Peterson, Esquire
BOWLES, RICE, MCDAVID, GRAFF & LOVE, PLLC
101 South Queen Street
P. O. Drawer 1419
Martinsburg, WV 25402-1419

Dated: May 31, 2011      /s/Stacey A. Scrivani
                         Stacey A. Scrivani

SL1 1076109v1/005982.00037