FILED: June 1, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1999
(3:09-cv-00068-JPB)

_____

TINA MAWING; HORSEMEN'S BENEVOLENT PROTECTION ASSOCIATION

       Plaintiffs - Appellees

v.

PNGI CHARLES TOWN GAMING, L.L.C., d/b/a Charles Town Races and Slots

       Defendant - Appellant

_____

O R D E R

_____

Costs for these proceedings are taxed and certified as follows for addition to this court's mandate in accordance with Fed. R. App. P. 39(d):

| | |
|---|---|
| Printing Costs: | $196.00 |
| TOTAL COSTS AWARDED: | $196.00 |

For the Court--By Direction

/s/ Patricia S. Connor, Clerk